**STATE of Missouri, Respondent,**

v.

**Deborah HARRISON, Appellant.**

**No. WD 46597.**

Missouri Court of Appeals,
Western District.

May 18, 1993.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie E. Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and TURNAGE and KENNEDY, JJ.

***ORDER***

PER CURIAM.

Appeal from a conviction of fraudulently attempting to obtain a controlled substance, in violation of § 195.204, RSMo Supp.1992.

Affirmed. Rule 30.25(b).